```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Criminal No. 05-cr-254-JD

FNU LNU a/k/a Jimmy Oshunkey


O R D E R

    The defendant is currently detained pending sentencing following a jury trial.  Counsel for the defendant has filed a motion, assented to by the government, seeking an order pursuant to 18 U.S.C. § 4244 directing that the defendant undergo psychiatric or psychological evaluations to determine his present mental condition.  Based on the representations made in the motion, the court is of the opinion that the defendant may be presently suffering from a mental disease or defect requiring custodial care or treatment.

    The defendant is committed to the custody of the Attorney General for placement in a suitable facility for the purpose of an examination pursuant to 18 U.S.C. § 4244(b) and 4247(b), for a period not to exceed thirty days.

    A report shall be filed with the court with copies provided to the government and counsel for the defendant in accordance with the provisions of 18 U.S.C. § 4247(c).

A hearing shall be scheduled after the report has been filed.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
District Judge

January 29, 2007

cc: Alfred J.T. Rubega, Esquire
    R. Brian Snow, Esquire